UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARIN KNIGHTON, etc., *et al.*,

      Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION etc., *et al.*,

      Defendant,

2:12-cv-0304-JCM-RJJ

O R D E R

      This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as Counsel for Plaintiffs (#17).

      The Court having reviewed the Motion (#17) and good cause appearing therefore,

      IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel for Plaintiffs (#17) is scheduled for **June 11, 2012, at 9:30 AM** in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

      IT IS FURTHER ORDERED that Plaintiffs Karin Knighton and Gordon Knighton must be present in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

      IT IS FURTHER ORDERED that at least 10 days prior to the scheduled hearing Plaintiff's counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on the Plaintiffs Karin Knighton and Gordon Knighton. Proof of compliance with this service requirement must be filed with the

1 court prior to the scheduled hearing. There is NO EXCEPTION to the service requirement.

2 DATED this __16th__ day of May, 2012..

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -